**Petition for Writ of Mandamus Denied and Opinion filed January 13, 2021.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-21-00011-CV**

**IN RE ENVEN ENERGY CORPORATION; ENVEN ENERGY VENTURES, LLC; AND ENVEN EQUITY HOLDINGS, LLC, Relators**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-39608**

## MEMORANDUM OPINION

On Friday, January 8, 2021, relators EnVen Energy Corporation; EnVen Energy Ventures, LLC; and EnVen Equity Holdings, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris County, to vacate

his order denying relators' January 6, 2021 motion for continuance and continue the jury trial until Summer 2021.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Hassan.

2